

# IN THE
# TENTH COURT OF APPEALS

## No. 10-13-00252-CR

**DEMORRIC ANTWON BURR,**

                                        Appellant

 **v.**

**THE STATE OF TEXAS,**

                                        Appellee

### From the 272nd District Court
### Brazos County, Texas
### Trial Court No. 02-01147-CRF-272

## O R D E R

Demorric Antwon Burr's appeal was dismissed on August 8, 2013 for want of jurisdiction. He has now filed a motion for an out of time appeal asserting that he had no counsel during the time a notice of appeal could have been filed and had no knowledge of filing a timely appeal. Burr's conviction was in December of 2002, almost 11 years ago. We have no jurisdiction of his appeal because it is untimely. *See* TEX. R. APP. P. 26.2(a)(1); *Olivo v. State*, 918 S.W.2d 519, 522 (Tex. Crim. App. 1996) (no

jurisdiction where the notice of appeal is untimely).   Because we have no jurisdiction of

his appeal, we have no jurisdiction to grant his motion for an out of time appeal.

Accordingly, Burr's motion for an out of time appeal is dismissed.


PER CURIAM

Before Chief Justice Gray,
      Justice Davis, and
      Justice Scoggins
Motion dismissed
Order issued and filed August 22, 2013